# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1022
_____

LACEY BUTLER JR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Dixie County.
Fred Koberlein, Jr., Judge.

May 8, 2026

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rachael E. Reese of Rachael Reese, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.